**ATTACHMENT A**

Relevant Provision(s) of the Italian Criminal Code

### **Art. 147 paragraph. 4**

In conjunction with the vaccination campaign organized at European level to contain the spread of the epidemic virus COVID-19, put on sale, in the exercise of commercial activity online- in particular, on the dark web qualifying as vendor "kaiserplug" medicines to the public at a distance, in particular the vaccine anti-Covid 19 "Pfizer" subject to medical supervision of pharmaceutical companies at the price of 0.00589353 BTC – (about $300).

Ascertained in Milan on or before March 18, 2021.

Punished by the following criminal provisions: Sanctions the online sale of medicines and punishes with imprisonment from 6 months to 2 years and with a fine from € 3,000 to € 18,0000, anyone who, within the national territory, offers medicines for sale to the public at a distance through the services of the information society.

### **Art. 473**

Counterfeiting the Pfizer brand of the COVID-19 vaccine via sale online on the dark web, qualifying as vendor "kaiserplug" at the price of 0.00589353 BTC – (about $300), which Alessio LASTA bought paying  € 300 in bitcoin through the platform Yanx violates the crime of counterfeiting.

Ascertained in Milan on or before March 18, 2021.

Punished by the following criminal provisions: Sanctions of counterfeiting with imprisonment from 6 months to 3 years and a fine from €2500 to € 25,000 for counterfeiting industrial brands.