**ATTACHMENT B**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 3512<br><br>Request from Italy for Assistance in a Criminal Matter: Darkweb vendor kaiserplug (Paxful, Inc.) | ) ) ) ) ) ) ) ) ) ) ) | MISC. NO. 21- |

**COMMISSIONER SUBPOENA**

TO:   Paxful, Inc.
      c/o Capitol Services, Inc.
      1675 S. State Street, Suite B
      Dover, DE 19901

I, Commissioner Jennifer K. Welsh, Assistant U.S. Attorney, Office of the United States Attorney, acting pursuant to 18 U.S.C. § 3512, and this Court's Order thereunder dated _____, for the purpose of rendering assistance to Italy, command that you provide testimony/documents regarding an alleged violation of: the laws of Italy, namely, illegal online sale of medications and counterfeiting, in violation of Article 147 paragraph 4 & Article 473 of the Italian Penal Code, and, that at the place and time aforesaid, you provide the following: any and all information, including but not limited to, subscriber information, payment information, and account creation documentation pertaining to the following bitcoin address associated with Paxful, Inc.: 3QMSQtvjwvb2aFHtWRTMPaR1GTqutSW3Gd.

For production of documents, in lieu of appearing at the place and time aforesaid, you may make arrangements with Tal Dorfman, Legal Assistant, Office of the U.S. Attorney, at telephone number (302) 573-6098, to deliver them no later than _____, 20__.

For failure to attend and provide testimony and/or said records you may be deemed guilty of contempt and liable to penalties under the law.

Date: _____

_____
COMMISSIONER
Jennifer K. Welsh
Assistant U.S. Attorney
1313 N. Market Street, Suite 400
Wilmington, DE 19801
(302) 573-6277