# EXHIBIT D

N. 8230/2021 Registro Generale Notizie di Reato Mod. 44

*nº 50/21 nog. attiva*



## PROCURA DELLA REPUBBLICA
### presso il Tribunale di Milano

**INTERNATIONAL LEGAL ASSISTANCE REQUEST**
**Artt. 727 e ss. c.p.p.**

### Ministero della Giustizia – Ufficio II Cooperazione Internazionale
### <u>ROMA</u>

To be forwarded to

### The US competent judicial authority

Bianca Maria Eugenia Baj Macario and Maura Ripamonti, Sostituto Procuratore della Repubblica presso il Tribunale di Milano, hereby submit a request for judicial assistance pursuant to the Treaty of Mutual Assistance in Criminal Matters between the Government of the Italian Republic and the Government of the United States of America signed in Rome on May 3, 2006

**This Office proceeds against unknown persons for the crime of illegal online sale of Anti-Covid 19 brand "Pfizer" vaccines and for the crime of counterfeiting the trademark "Pfizer" as per the following detailed charges:**

*A) for the crime p. and p. by Art. 147 paragraph. 4 ter d.lgs. n. 219/2006, because in conjunction with the vaccination campaign organized at European level to contain the spread of the epidemic virus COVID-19, put on sale, in the exercise of commercial activity online - in particular, on the dark web qualifying as vendor "kaiserplug" medicines to the public at a distance, in particular the vaccine anti-Covid19 "Pfizer" subject to medical supervision of pharmaceutical companies at the price of 0.00589353 BTC - (about $ 300)*
*Ascertained in Milan on or before March 18, 2021*

*B) For the crime referred to in Article 473 cp because counterfeited the Pfizer brand on a row of vaccine against Covid-19 that put on sale online on the dark web qualifying as vendor "kaiserplug" at the price of for the amount of 0.00589353 BTC - (about $ 300), which Alessio LASTA bought by paying € 300 in bit coin through the platform Yarix*
*Ascertained in Milan on or before March 18, 2021*

**Under Italian law, the above conduct is punished by the following criminal provisions:**
<u>Art. 147 paragraph 4 ter of Legge 219 del 2006</u> sanctions the online sale of medicines and punishes with imprisonment from six months to two years and with a fine from three thousand to eighteen thousand Euros anyone who, within the national territory, offers medicines for sale to the public at a distance through the services of the information society.

<u>Art. 473 cp</u> punishes with imprisonment from 6 months to 3 years and a fine from € 2500 to € 25,000 for counterfeiting industrial brands.

---

**FACTS**

---

As part of a broader investigation concerning the sale of vaccines on the web, the Guardia di Finanza Nucleo Speciale Tutela Privacy e Frodi Tecnologiche di Roma, with a note of 7.6 2021, announced to have heard to summary information LASTA Alessio (born in Merano 22.1.1977) which had reported to have tried to buy on the dark web, from the vendor "kaiserplug", some vials of vaccines. In particular, through the company Yarix Ltd  (VAT No.: 03614930265 ), he had contacted, on the Wickr platform, the seller who had requested the payment of about $ 300 in bit coin for a vial of Pfizer. LASTA specified that he had made the payment through the mentioned Yarix, to the bit coin address marked with the following alphanumeric code 1AK1dwUno9RxnrnzGzLimoYMonBn7P5Rak for the amount of 0.00589353 BTC - (about 300 dollars), having as transaction id 6866fce377c53e0c920767f5268db56dcfe97f668b81782d3c1dd20933ba71a7).

From the examination of such *Bit coin* transaction, carried out through the software of the company Chainalysis Inc, which took place from the above address - 1AK1dwUno9RxnrnzGzLimoYMonBn7P5Rak - it was possible to ascertain that the sum paid had transited on different addresses. In particular, among others, it emerged that **the filing address 3QMSQtvjwvb2aFHtWRTMPaR1GTqutSW3Gd traceable to Exchange Paxful Inc. located in the United States, 3422 Old Capitol Trail, PMB 989, Wilmington DE 19808.**

**REASON FOR REQUEST**

The following request is motivated by the interest of acquiring useful elements to identify the author of the crime
**That it be ascertained - at PAXFUL INC located in the United States, 3422 Old Capitol Trail, PMB 989, Wilmington DE 19808 - the holder of the following bit coin address: 3QMSQtvjwvb2aFHtWRTMPaR1GTqutSW3Gd**

We thank you for your cooperation and we remain at your disposal for any clarification, asking you to communicate the name of the US Judicial Authority delegated for the letter rogatory (with telephone number) and asking you to contact, if necessary, this Pubblico Ministero at the telephone numbers indicated in the heading

Milan

the Sostituto Procuratore della Repubblica                    the Sostituto Procuratore della Repubblica
*(dott.ssa  Bianca  Maria  Baj  Macario)*                         *(dott.ssa   Maura   Ripamonti)*

2

**OFFENCES ENROLMENT**

A)   DECRETO LEGISLATIVO 24 aprile 2006, n 219 Art. 147 co. 4 ter:

*With the exception of pharmacies and the commercial businesses referred to in article 5, paragraph 1, of the aforementioned decree-law no. 223 of 4 July 2006, unless the act constitutes a more serious offence, anyone who, within the national territory, offers medicines for sale to the public at a distance by means of information society services shall be punished by imprisonment of from six months to two years and a fine of between three thousand and eighteen thousand Euros.*

B)   ART. 473 cp. *Anyone who, being aware of the existence of industrial property rights, counterfeits or alters trademarks or distinctive signs, national or foreign, of industrial products, or anyone who, without being involved in the counterfeiting or alteration, makes use of such counterfeited or altered trademarks or signs, shall be punished by imprisonment of from six months to three years and a fine of from 2,500 to 25,000 Euros. Anyone who counterfeits or alters national or foreign industrial patents, designs or models, or who, without having taken part in the counterfeiting or alteration, makes use of such counterfeited or altered patents, designs or models, shall be punished by imprisonment of from one to four years and a fine of between 3,500 and 35,000 Euros.*

5