IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 3512<br><br>Request from Italy for Assistance in a Criminal Matter: Darkweb vendor kaiserplug (Paxful, Inc.) | MISC. NO. 21- |

## ORDER

Upon application of the United States seeking an order, pursuant to 18 U.S.C. § 3512, appointing Jennifer K. Welsh, Assistant U.S. Attorney, Office of the United States Attorney (or a substitute or successor subsequently designated by the Office of United States Attorney), as a commissioner to execute the above-captioned request from Italy (the "Request") by collecting evidence for use in a criminal investigation, prosecution, or proceeding in Italy, and the Court having fully considered this matter,

IT IS HEREBY ORDERED, pursuant to the authority conferred by 18 U.S.C. § 3512, that Jennifer K. Welsh, (or a substitute or successor designated by the Office of the United States Attorney) is appointed as a commissioner of this Court (the commissioner) and hereby directed to execute the Request and to take such steps as are necessary to collect the evidence requested. In doing so, the commissioner:

1. may issue commissioner subpoenas to be served at any place within the United States on persons (natural and legal) ordering them or their representatives to appear and to

testify and/or produce evidence located within the United States;

      2.      shall adopt procedures to collect the evidence requested consistent with its use in the investigation, prosecution, or proceeding in Italy for which the Guardia di Finanza Nucleo Speciale Tutela Privacy e Frodi Tecnologiche di Roma has requested assistance, which may be specified in the Request or provided by, or with the approval of, the Sostiuto Procuratore della Repubblica presso il Tribunale di Milano;

      3.      may seek such further orders of this Court as may be necessary to execute this Request, including orders to show cause why persons served with commissioner subpoenas who fail to appear and/or produce evidence should not be held in contempt, and protective orders to regulate the use of the evidence collected; and

      4.      shall certify and transmit the evidence collected to the Office of International Affairs, which will transmit it to Italy.

Date: _____                               _____
                                                                                UNITED STATES MAGISTRATE JUDGE